774

No. 581. WOOD *v.* DOWD, WARDEN. February 14, 1944. Petition for writ of certiorari to the Supreme Court of Indiana denied. 

No. 596. REAVES *v.* MISSOURI. February 14, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 599. LUMLEY *v.* MISSOURI. February 14, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 645. LOCKE *v.* RAGEN, WARDEN. February 14, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 653. SHELLENBERG *v.* BECKER, WARDEN. February 14, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 586. SPRAGUE *v.* ILLINOIS. February 14, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 612. EVENOW *v.* ILLINOIS. February 14, 1944. The petition for writ of certiorari to the Supreme Court of Illinois is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.